UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-00093-FDW

| | |
|---|---|
| THOMAS GRADY CRAWFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> *Acting Commissioner of Social Security*, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

THIS MATTER is before the Court on Plaintiff Thomas Grady Crawford's Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. No. 10). Plaintiff's Motion to Dismiss is hereby GRANTED, and this civil action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Signed: August 22, 2019

Frank D. Whitney
Chief United States District Judge